# EXHIBIT A

## CERTIFICATE OF INCORPORATION
## OF

### OptiMorphix, Inc.

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:05 PM 02/17/2023
FILED 04:05 PM 02/17/2023
SR 20230576273 - File Number 7305038

**FIRST:** The name of the corporation is: OptiMorphix, Inc.

**SECOND:** The address of the registered office of the corporation in the State of Delaware is located at:
  108 West 13th Street, Wilmington, Delaware 19801
  Located in the County of New Castle
The name of the registered agent at that address is:
  Business Filings Incorporated

**THIRD:** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

**FOURTH:** The total number of shares of stock which the corporation is authorized to issue is 2000 shares of common stock having a one cent ($0.01) par value.

**FIFTH:** No director of the corporation shall be personally liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director; provided, however, that the foregoing clause shall not apply to any liability of a director (i) for any breach of the director's duty of loyalty to the corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the General Corporation Law of the State of Delaware, or (iv) for any transaction from which the director derived an improper personal benefit. This Article shall not eliminate or limit the liability of a director for any act or omission occurring prior to the time this Article became effective.

**SIXTH:** The name and address of the incorporator is Business Filings Incorporated, 8020 Excelsior Dr., Suite 200, Madison, WI 53717.

I, the undersigned, being the incorporator, for the purpose of forming a corporation under the laws of the State of Delaware do make, file, and record this Certificate of Incorporation and do certify that the facts herein are true.

_/s/_

Business Filings Incorporated, Incorporator    Dated: February 17, 2023
Chris Das, AVP

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:28 PM 03/09/2023
FILED 01:28 PM 03/09/2023
SR 20230928494 - File Number 7305038

# STATE OF DELAWARE
## CERTIFICATE OF CHANGE OF REGISTERED AGENT AND/OR REGISTERED OFFICE

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is  Optimorphix, Inc.

2. The Registered Office of the corporation in the State of Delaware is changed to 2140 S Dupont Highway (street), in the City of Camden, County of Kent   Zip Code 19934. The name of the Registered Agent at such address upon whom process against this Corporation may be served is Paracorp Incorporated.

3. The foregoing change to the registered office/agent was adopted by a resolution of the Board of Directors of the corporation.

By: _____
Authorized Officer

Name: Brooks Borchers
Print or Type