# EXHIBIT E

**PATENT**
Attorney Docket No. 09266.0025-00000
Bytemobile Ref. No.: CTX-838US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | |
| Ashwani WASON et al. | Group Art Unit: 2454 |
| Application No.: 12/341,307 | Examiner: CONAWAY, James E. |
| Filed: December 22, 2008 | |
| For: TCP BURST AVOIDANCE | Confirmation No.: 1685 |

Commissioner for Patents           **VIA EFS-WEB**
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

### REPLY TO OFFICE ACTION

In reply to the Office Action mailed October 4, 2012, the period for response to which extends through January 4, 2013, please amend the above-identified application as follows:

**Amendments to the Claims** are included in this paper and begin on page 2.

**Remarks/Arguments** follow the amendments section of this paper and begin on page 13.

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior versions and listings of claims in the application:

1. (Currently Amended) A computer-implemented method performed at a packet scheduler layer on a first device, wherein the packet scheduler layer is between a network interface layer and a transport layer, the method comprising:

receiving a transmission control protocol (TCP) packet from a sending layer on the first device, wherein the sending layer is one of the network interface layer or the transport layer and the TCP packet was sent over a connection between the first device and a second device;

<u>storing, at the first device, information about the connection between the first device and the second device, the information including a last packet delivery time for the connection;</u>

determining whether the TCP packet is part of a bursty transmission on the connection by ascertaining that a burst count of the connection is greater than a burst-count threshold;

<u>calculating a delay time for the connection using the last packet delivery time after determining that the TCP packet is part of a bursty transmission;</u>

delaying delivering the TCP packet to a receiving layer <u>based on the calculated delay time</u> <s>after determining that the TCP packet is part of a bursty transmission</s>, wherein the receiving layer is one of the network interface layer or the transport layer that is not the sending layer; and

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

sending the TCP packet to the receiving layer.

2. (Original) The method of claim 1, wherein the first device is a computer server.

3. (Previously Presented) The method of claim 1, wherein the TCP packet is a TCP acknowledgement packet generated by the sending layer on the first device.

4. (Previously Presented) The method of claim 1, wherein TCP packet is a re-transmission of a lost TCP packet re-sent by the sending layer on the first device.

5. (Original) The method of claim 1, wherein the first device communicates with a second device through a connection between the first device and the second device.

6. (Original) The method of claim 5, wherein the second device is a mobile device.

7. (Previously Presented) The method of claim 5, wherein the TCP packet originates from the second device.

8. (Previously Presented) The method of claim 5 further comprising:

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

determining whether the TCP packet is eligible for the delayed delivering to the receiving layer.

9. (Previously Presented) The method of claim 8, wherein determining whether the TCP packet is eligible for the delayed delivering to the receiving layer is based on a TCP acknowledgement flag of the TCP packet being sent.

10. (Previously Presented) The method of claim 8, wherein determining whether the TCP packet is eligible for the delayed delivering to the receiving layer is based on a DATA flag of the TCP packet being sent.

11. (Previously Presented) The method of claim 8 further comprising sending the TCP packet to the receiving layer on the first device if the TCP packet is not eligible for the TCP packet scheduling service.

12. (Cancelled)

13. (Currently Amended) The method of claim 8 [[12]], wherein the stored information about the connection between the second device and the first device further comprises:

a last packet delivery time for the connection;

the burst count for the connection; and

-4-

a per-connection first-in-first-out (FIFO) queue storing a pointer to the at least one of the one or more TCP packets not yet to be delivered to the receiving layer.

14. (Previously Presented) The method of claim 13, wherein the last packet delivery time for the connection is set to current time and the burst count for the connection is set to zero if the TCP packet is a first packet for the connection received from the sending layer.

15. (Previously Presented) The method of claim 13 further comprising:
inserting the TCP packet in a TCP packet scheduling service queue for delaying delivering to the receiving layer.

16. (Currently Amended) The method of claim 15 further comprising:
obtaining a next delayed TCP packet from the TCP packet scheduling service queue;
retrieving the stored information about the connection between the first device and the second device~~, wherein the stored last packet delivery time is used for calculating delay time for the connection~~;
determining whether the next delayed TCP packet is a first to be delivered packet for the connection, based on the retrieved information about the connection; and
sending the next delayed TCP packet to a receiving layer on the first device if the next delayed TCP packet is the first to be delivered packet for the connection and the delay time or the burst count for the connection meets a pre-configured threshold.

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

17. (Original) The method of claim 16, wherein obtaining a next delayed TCP packet from the TCP packet scheduling service queue can be invoked by receiving a TCP packet from the sending layer.

18. (Original) The method of claim 16, wherein obtaining a next delayed TCP packet from the TCP packet scheduling service queue can be invoked by a timer after a pre-configured period of inactivity of receiving or sending TCP packets, at the first device, for the connection between the second device and the first device.

19. (Original) The method of claim 16 further comprising:
updating the stored information about the connection.

20. (Original) The method of claim 19, wherein updating the information about the connection comprises:
resetting the burst count to zero if the delay time meets the pre-configured threshold for delivering the delayed TCP packet to the receiving layer;
incrementing the burst count by one; and
updating the last packet delivery time to be equal to current time.

21. (Original) The method of claim 16 further comprising:
re-inserting the next delayed TCP packet into the TCP packet scheduling service queue for later delivering to the receiving layer, if the next delayed TCP packet is not

Application No.: 12/341,307<br>
Attorney Docket No.: 09266.0025-00000

the first to be delivered packet for the connection, or the delay time and the burst count for the connection do not meet the pre-configured threshold.

22. (Currently Amended) A system comprising:

a first device being a hardware device; and

a second device configured to communicate with the first device through a connection between the first device and the second device, the second device comprising a packet scheduler layer between a network interface layer and a transport layer, wherein the packet scheduler layer:

receives a transmission control protocol (TCP) packet from a sending layer on the second device, wherein the sending layer is one of the network layer or the transport layer and the TCP packet was sent over the connection,

<u>stores information about the connection between the first device and the second device, the information including a last packet delivery time for the connection</u>

determines whether the TCP packet is part of a bursty transmission on the connection by ascertaining that a burst count of the connection is greater than a burst-count threshold,

<u>calculates a delay time for the connection using the last packet delivery time after determining that the TCP packet is part of a bursty transmission;</u>

delays delivering the TCP packet to a receiving layer <u>based on the calculated delay time</u> ~~after determining that the TCP packet is part of a bursty transmission~~, wherein the receiving layer is one of the network interface layer or the transport layer that is not the sending layer, and

-7-

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

sends the TCP packet to the receiving layer.

23. (Previously Presented) The system of claim 22, wherein the TCP packet is a TCP acknowledgement packet generated by the sending layer on the second device.

24. (Previously Presented) The system of claim 22, wherein the TCP packet is a re-transmission of a lost TCP packet re-sent by the sending layer on the second device.

25. (Previously Canceled)

26. (Previously Presented) The system of claim 22, wherein the TCP packet originates from the first device.

27. (Previously Presented) The system of claim 22, wherein the packet scheduler layer determines whether the TCP packet is eligible for the delayed delivering to the receiving layer.

28. (Previously Presented) The system of claim 27, wherein the packet scheduler layer determines whether the TCP packet is eligible for the delayed delivering to the receiving layer based on a TCP acknowledgement flag of the TCP packet being set.

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

29. (Previously Presented) The system of claim 27, wherein the packet scheduler layer determines whether the TCP packet is eligible for the delayed delivering to the receiving layer based on a TCP DATA flag of the TCP packet being sent.

30. (Previously Presented) The system of claim 27, wherein the packet scheduler layer sends the TCP packet to the receiving layer on the first device immediately if the TCP packet is not eligible for the delayed delivering.

31. (Cancelled)

32. (Currently Amended) The system of claim 27 [[31]], wherein the stored information about the connection between the first device and the second device further comprises:
   ~~a last packet delivery time for the connection;~~
   the burst count for the connection; and
   a per-connection first-in-first-out (FIFO) queue storing a pointer to the TCP packet not yet to be delivered to the receiving layer.

33. (Previously Presented) The system of claim 32, wherein the last packet delivery time for the connection is set to current time and the burst count for the connection is set to zero if the TCP packet is a first packet for the connection received from the sending layer.

34. (Previously Presented) The system of claim 27, wherein the packet scheduler layer inserts the TCP packet in a TCP packet scheduling service queue for delaying delivering to the receiving layer.

35. (Currently Amended) The system of claim 34, wherein the packet scheduler layer:

obtains a next delayed TCP packet from the TCP packet scheduling service queue;

retrieves the stored information about the connection between the first device and the second device~~, wherein the stored last packet delivery time is used for calculating delay time for the connection~~;

determines whether the next delayed TCP packet is a first to be delivered packet for the connection, based on the retrieved information about the connection; and

sends the next delayed TCP packet to a receiving layer on the second device if the next delayed TCP packet is the first to be delivered packet for the connection and the delay time or the burst count for the connection meets a pre-configured threshold.

36. (Original) The system of claim 35, wherein the packet scheduler layer obtains a next delayed TCP packet from the TCP packet scheduling service queue when receiving a TCP packet from the sending layer.

37. (Original) The system of claim 35, wherein the packet scheduler layer obtains a next delayed TCP packet from the TCP packet scheduling service queue after

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

a pre-configured period of inactivity of receiving or sending TCP packets, at the second device, for the connection between the second device and the first device.

38. (Original) The system of claim 35, wherein the packet scheduler layer updates the stored information about the connection.

39. (Previously Presented) The system of claim 38, wherein the packet scheduler layer updates the stored information about the connection by
resetting the burst count to zero if the delay time meets the pre-configured threshold for delivering the delayed TCP packet to the receiving layer;
incrementing the burst count by one; and
updating the last packet delivery time to be equal to current time.

40. (Previously Presented) The system of claim 35, wherein the packet scheduler layer:
re-inserts the next delayed TCP packet into the TCP packet scheduling service queue for later delivering to the receiving layer, if the next delayed TCP packet is not the first to be delivered packet for the connection, or the delay time and the burst count for the connection do not meet the pre-configured threshold.

41. (Currently Amended) A non-transitory computer readable medium storing instructions that, when executed by a first device, cause the first device to perform a

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

method at a packet scheduler layer on the first device, wherein the packet scheduler layer is between a network interface layer and a transport layer, the method comprising:

receiving a transmission control protocol (TCP) packet from a sending layer on the first device, wherein the sending layer is one of the network interface layer or the transport layer and the TCP packet was sent over a connection between the first device and a second device;

<u>storing, at the first device, information about the connection between the first device and the second device, the information including a last packet delivery time for the connection;</u>

determining whether the TCP packet is part of a bursty transmission on the connection by ascertaining that a burst count of the connection is greater than a burst-count threshold;

<u>calculating a delay time for the connection using the last packet delivery time after determining that the TCP packet is part of a bursty transmission;</u>

delaying delivering the TCP packet to a receiving layer <u>based on the calculated delay time</u> <s>after determining that the TCP packet is part of a bursty transmission</s>, wherein the receiving layer is one of the network interface layer or the transport layer that is not the sending layer; and

sending the TCP packet to the receiving layer.

Application No.: 12/341,307<br>Attorney Docket No.: 09266.0025-00000

## REMARKS

Applicants acknowledge receipt of the Office Action mailed October 4, 2012.

By this Amendment, Applicants amend claims 1, 13, 16, 22, 32, 35, 41 and cancel claims 12 and 31 without prejudice or disclaimer of their subject matter. Upon entry of this Amendment, claims 1-11, 13-24, 26-30, and 32-41 will remain pending. Of these claims, claims 1, 22, and 41 are independent. Support for the amendments and new claims can be found in at least originally filed claims 12 and 31. No new matter has been introduced.

Applicants respectfully traverse the rejections made in the Office Action[1], wherein the Examiner:

> (1) rejected claims 1-9, 11-24, 26-28, and 30-41 under 35 U.S.C. § 103(a) as being allegedly unpatentable over U.S. Patent Application Publication No. 2003/0212816 to Bender et al. ("*Bender*"), in view of U.S. Patent Application Publication No. 2004/0059828 to Hooper et al. ("*Hooper*"), and U.S. Patent No. 8,045,456 to *Kondapalli*; and
>
> (2) rejected claims 10 and 29 under 35 U.S.C. § 103(a) as being allegedly unpatentable over *Bender, Hooper, Kondapalli*, and U.S. Patent Application Publication No. 2006/0269012 to Kim et al. ("*Kim*").

**Claim Rejections - 35 U.S.C. § 103**

"[T]he framework for the objective analysis for determining obviousness under 35 U.S.C. 103 is stated in *Graham v. John Deere Co.*, 383 U.S. 1, 148 USPQ 459 (1966). . . . The factual inquiries . . . [include determining the scope and content of the

---

[1] The Office Action may contain characterizations of the claims and the related art with which Applicants do not necessarily agree. Unless expressly noted otherwise, Applicants decline to subscribe to any statement or characterization in the Office Action.

prior art and] . . . [a]scertaining the differences between the claimed invention and the prior art." M.P.E.P. § 2141(II). "Office personnel must explain why the difference(s) between the prior art and the claimed invention would have been obvious to one of ordinary skill in the art." M.P.E.P. § 2141(III).

Amended claim 1 recites, inter alia, "storing, at the first device, information about the connection between the first device and the second device, the information including **a last packet delivery time for the connection**; [and] **calculating a delay time for the connection using the last packet delivery time** after determining that the TCP packet is part of a bursty transmission" (emphasis added). None of *Bender*, *Hooper*, or *Kondapalli* teach or suggest at least these elements.

The Office Action alleges that Bender discloses "stored information [comprising] . . . a last packet delivery time for the connection" because Bender teaches "determination of the statistical means and variance of the delay of the previously received TCP acknowledgment messages." *See* Office Action, p. 7, discussing claim 13, and citing *Bender*, ¶ [0034]. The Office Action then alleges that *Bender*, ¶ [0034] teaches that "the stored last packet delivery time is used for calculating delay time for the connection" and states "it is inherent that the time of previous packet transmission is recorded to implement delay." Office Action, p. 8, discussing claim 16. Applicants respectfully disagree.

*Bender* discloses a data communication system. TCP packets are generated having headers that include port data. TCP acknowledgement messages are received and may be delayed for a delay period based on "statistical means and variance of the delay of the previously received TCP acknowledgement messages." *Bender*, ¶¶ [0028],

-14-

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

[0034]. But none of the information stored in *Bender* constitutes "a last packet delivery time" as recited by amended claim 1.

Furthermore, the allegation in the Office Action that "it is inherent that the time of previous packet transmission is recorded" is incorrect. Office Action at page 8. To meet the requirements for a rejection of inherency, M.P.E.P. § 2112 states

> "[i]nherency . . . may not be established by probabilities or possibilities. The mere fact that a certain thing may result from a given set of circumstances is not sufficient" and that "[i]n relying upon the theory of inherency, the **examiner must provide a basis in fact and/or technical reasoning** to reasonably support the determination that the **allegedly inherent characteristic necessarily flows** from the teachings of the applied prior art." (emphasis added)

Applicants respectfully submit that the Office Action has not provided at least a basis in fact and/or technical reasoning to reasonably support the determination that the allegedly inherent characteristic is necessarily present in *Bender*. Instead, *Bender* only discusses using "statistical means and variance of the delay of previously received TCP acknowledgment messages" (*Bender*, ¶ [0034]), which could involve a number of statistics outside of "time that the previous packet transmission is recorded." This may comprise storing the delay period lengths of previous TCP acknowledgment messages, such as the number of milliseconds of the delay period for a given message. A "statistical means and variance" may constitute averaging the delay period lengths for previous messages. Because a "last packet delivery time" as recited in claim 1 would not be required for the calculation of delay periods in *Bender*, there is no indication in *Bender* that storage and usage of a "last packet delivery time" necessarily flows from using "statistical means and variance of the delay of previously received TCP acknowledgment messages."

-15-

Application No.: 12/341,307
Attorney Docket No.: 09266.0025-00000

Moreover, because *Bender* does not teach or suggest "a last packet delivery time for the connection," it also fail to teach or suggest "calculating a delay time for the connection using the last packet delivery time after determining that the TCP packet is part of a bursty transmission," as recited in amended claim 1.

For at least these reasons, *Bender* fails to teach or suggest "storing, at the first device, information about the connection between the first device and the second device, the information including **a last packet delivery time for the connection**; [and] **calculating a delay time for the connection using the last packet delivery time** after determining that the TCP packet is part of a bursty transmission" (emphasis added), as recited in amended claim 1. *Hooper* and *Kondapalli* fail to cure the deficiencies of *Bender*. Nor has the Examiner provided any basis that *Hooper* and *Kondapalli* disclose or suggest this claimed subject matter.

Independent claims 22 and 41, although having a different scope from claim 1, patentably distinguish the prior art for at least reasons similar to those discussed above with respect to claim 1. Claims 2-11, 13-21, 23, 24, 26-30, and 32-40 are allowable over the prior art at least due to their dependencies on claims 1 or 22.

Regarding claims 10 and 29, *Kim* fails to cure the deficiencies of *Bender*, *Hooper*, and *Kondapalla*. That is, *Kim* fails to teach or suggest "storing, at the first device, information about the connection between the first device and the second device, the information including **a last packet delivery time for the connection**; [and] **calculating a delay time for the connection using the last packet delivery time** after determining that the TCP packet is part of a bursty transmission" (emphasis

-16-

Application No.: 12/341,307<br>
Attorney Docket No.: 09266.0025-00000

added), as recited in amended claim 1. Nor has the Examiner provided any basis that *Kim* discloses or suggests this claimed subject matter.

Therefore, Applicants respectfully request that the Examiner withdraw this rejection of claims 1-11, 13-24, 26-30, and 32-41 under 35 U.S.C. § 103(a) and allow the same.

## CONCLUSION

In view of the amendments and remarks submitted herein, Applicants respectfully request reconsideration and reexamination of this application, and the timely allowance of the pending claims.

Please grant any extensions of time required to enter this response and charge any additional required fees to Deposit Account 06-0916.

Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

Dated: January 4, 2013        By: /Kai Rajan/
Kai Rajan
Reg. No. 70,110
(650) 849-6600