# EXHIBIT H

**Electronically Filed**                                       PATENT
                                                Attorney Docket No. 25981-710

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application ) | Confirmation No.: 4798 |
| Inventors: Jim Chou et al. ) | Art Unit: 2143 |
| Application No.: 10/143,441 ) | Examiner: Jude Jean Gilles |
| Filed: May 9, 2002 ) | Customer No.: 021971 |
| Title: Transcoding Multimedia Information Within a Network Communication System ) | |

### RESPONSE TO OFFICE ACTION

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**Introductory Comments**:

In response to the Office Action dated April 6, 2007, please amend the above-referenced application as follows:

**Amendments** to claims begin on page 2 of this paper.

**Remarks/Arguments** begin on page 11 of this paper.

1

3187877_1.DOC

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

**Listing of Claims:**

1.  (currently amended) A method for transcoding audio information using a service module disposed within a network communication system, the method comprising:

    breaking a connection between a transmitter and a receiver to form a first channel between the transmitter and the service module and a second channel between the service module and the receiver;

    redirecting a digital audio stream communicated from the transmitter to the receiver to the service module via the first channel, the digital audio stream encoded at the transmitter at a first transmission rate;

    estimating an available transmission rate of the second channel, <u>wherein the estimating comprises measuring trip time of data packets communicated between the service module and receiver via the second channel</u>;

    if the first transmission rate is greater than the available transmission rate, transcoding the digital audio stream at the service module to conform the digital audio stream to the available transmission rate; and

    transmitting the transcoded audio stream from the service module to the receiver over the second channel.

2.  (original) The method of claim 1, wherein the step of breaking comprises:

    terminating the connection between the transmitter and the receiver at the service module to form the first channel; and

    opening a separate connection between the service module and the receiver to form the second channel.

3.  (original) The method of claim 1, wherein the step of breaking is performed in response to the connection between the transmitter and receiver matching a predetermined criteria.

4.  (original) The method of claim 3, wherein the predetermined criteria comprises a set of classification rules that mask one or more fields of a header associated with the digital audio stream.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

5.   (original) The method of claim 1, wherein the step of redirecting comprises modifying headers of the digital audio stream to replace an original destination address and destination port with a destination address and destination port associated with the service module.

6.   (original) The method of claim 1, wherein the step of redirecting comprises generating connection control parameters that cause data packets of the digital audio stream to be redirected to an application associated with the service module.

7.   (original) The method of claim 1, wherein the step of estimating comprises measuring a smoothed round trip time of data packets communicated from the service module to the receiver via the second channel.

8.   (original) The method of claim 7, wherein the step of estimating further comprises measuring a smoothed congestion window parameter associated with the second channel.

9.   (original) The method of claim 8, wherein the step of estimating further comprises calculating a ratio of the smoothed round trip time and the smoothed congestion window to estimate the available transmission rate.

10.  (original) The method of claim 1, wherein the step of transcoding comprises transcoding a sequence of frames of the digital audio stream such that an average transmission rate of the frame sequence approximates the estimated available transmission rate.

11.  (original) The method of claim 10, wherein the step of transcoding comprises transcoding the sequence of frames such that frames that occur earlier in the frame sequence are transcoded at a higher transmission rate than frames that occur later in the frame sequence.

12.  (original) The method of claim 10, wherein the step of transcoding comprises transcoding the sequence of frames such that frames having a higher perceptual entropy are transcoded at a higher transmission rate than frames having a lower perceptual entropy.

13.  (currently amended) ~~The method of claim 1,~~ <u>A method for transcoding audio information using a service module disposed within a network communication system, the method comprising:</u>

   <u>breaking a connection between a transmitter and a receiver to form a first channel between the transmitter and the service module and a second channel between the service module and the receiver;</u>

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

<u>redirecting a digital audio stream communicated from the transmitter to the receiver to the service module via the first channel, the digital audio stream encoded at the transmitter at a first transmission rate;</u>

<u>estimating an available transmission rate of the second channel;</u>

<u>if the first transmission rate is greater than the available transmission rate, transcoding the digital audio stream at the service module to conform the digital audio stream to the available transmission rate; and</u>

<u>transmitting the transcoded audio stream from the service module to the receiver over the second channel;</u>

wherein the step of transcoding comprises:

requesting a plurality of versions of the digital audio stream from the transmitter, each version encoded at a different transmission rate; and

multiplexing between the plurality of versions to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

14. (original) The method of claim 1, wherein the step of transcoding comprises:

decoding the digital audio stream at the service module; and

re-encoding the decoded audio stream at a lower transmission rate.

15. (original) The method of claim 1, wherein the step of transcoding comprises removing high frequency code words from selected frames of the digital audio stream to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

16. (original) The method of claim 1, wherein the step of transcoding comprises mapping code words from selected frames of the digital audio stream to a decimated set of code words having coarser quantization to form a sequence of frames that have an average transmission rate that approximates the available transmission rate.

17. (original) The method of claim 1, wherein the step of transmitting comprises transmitting the transcoded audio stream from the service module to the receiver in a manner transparent to the receiver.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

18. (original) The method of claim 17, wherein the step of transmitting comprises transmitting the transcoded audio stream from the service module using a source address and source port associated with the transmitter.

19. (original) The method of claim 1, wherein the step of transmitting comprises using a transmission timer to provide timer-based data flow control, the period of the timer determined from the estimated available transmission rate.

20. (original) The method of claim 1, further comprising embedding additional information within the transcoded digital audio stream.

21. (original) The method of claim 20, wherein the step of embedding comprises embedding the additional information using a watermarking technique.

22. (original) The method of claim 20, wherein the embedded information comprises at least one of a forward error correction code, synchronization information and ancillary information regarding the digital audio stream.

23. (currently amended) A method for transcoding multimedia information within a network communication system, the method comprising:

    intercepting digital multimedia information communicated between a transmitter and a receiver, the digital multimedia information encoded at the transmitter at a first transmission rate;

    estimating an available transmission rate of a receiver-side connection, <u>wherein the estimating comprises measuring trip time of data packets communicated between the service module and receiver via the second channel</u>;

    if the first transmission rate is greater than the available transmission rate, transcoding the digital multimedia information to conform the digital multimedia information to the available transmission rate; and

    transmitting the transcoded multimedia information to the receiver over the receiver-side connection at a transmission rate determined from the estimated available transmission rate.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

24.     (original) The method of claim 23, wherein the step of transcoding comprises transcoding a sequence of frames of the digital multimedia information such that an average transmission rate of the frame sequence approximates the estimated available transmission rate.

25.     (original) The method of claim 24, wherein the step of transcoding comprises transcoding the sequence of frames such that frames that occur earlier in the frame sequence are transcoded at a higher transmission rate than frames that occur later in the frame sequence.

26.     (original) The method of claim 24, wherein the step of transcoding comprises transcoding the sequence of frames such that frames having a higher perceptual entropy are transcoded at a higher transmission rate than frames having a lower perceptual entropy.

27.     (currently amended) ~~The method of claim 23,~~ <u>A method for transcoding multimedia information within a network communication system, the method comprising:</u>

<u>intercepting digital multimedia information communicated between a transmitter and a receiver, the digital multimedia information encoded at the transmitter at a first transmission rate;</u>

<u>estimating an available transmission rate of a receiver-side connection;</u>

<u>if the first transmission rate is greater than the available transmission rate, transcoding the digital multimedia information to conform the digital multimedia information to the available transmission rate; and</u>

<u>transmitting the transcoded multimedia information to the receiver over the receiver-side connection at a transmission rate determined from the estimated available transmission rate;</u>

wherein the step of transcoding comprises:

requesting a plurality of versions of the digital multimedia information from the transmitter, each version encoded at a different transmission rate; and

multiplexing between the plurality of versions to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

28.     (original) The method of claim 23, wherein the step of transcoding comprises:
decoding the digital multimedia information; and
re-encoding the decoded multimedia information at a lower transmission rate.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

29. (original) The method of claim 23, wherein the step of transcoding comprises removing high frequency code words from selected frames of the digital multimedia information to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

30. (original) The method of claim 23, wherein the step of transcoding comprises mapping code words from selected frames of the digital multimedia information to a decimated set of code words having coarser quantization to form a sequence of frames that have an average transmission rate that approximates the available transmission rate.

31. (original) The method of claim 23, wherein the step of transmitting comprises transmitting the transcoded multimedia information to the receiver in a manner transparent to the receiver.

32. (original) The method of claim 31, wherein the step of transmitting comprises transmitting the transcoded multimedia information using a source address and source port associated with the transmitter.

33. (original) The method of claim 23, wherein the step of transmitting comprises using a transmission timer for regulating the transmission of each data packet, the transmission timer having the period determined from the estimated available transmission rate.

34. (original) The method of claim 23, further comprising embedding additional information within the transcoded digital multimedia stream.

35. (original) The method of claim 34, wherein the step of embedding comprises embedding the additional information using a watermarking technique.

36. (original) The method of claim 34, wherein the embedded information comprises at least one of a forward error correction code, synchronization information and ancillary information regarding the digital multimedia information.

37. (currently amended) A system for transcoding multimedia information within a network communication system, the system comprising:

    a processor; and

    a memory unit, operably coupled to the processor, for storing instructions which when executed by the processor cause the processor to operate so as to:

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

        intercept digital multimedia information communicated between a transmitter and a receiver, the digital multimedia information encoded at the transmitter at a first transmission rate;

        estimate an available transmission rate of a receiver-side connection <u>by measuring a trip time of data communicated between the service module and the receiver</u>;

        if the first transmission rate is greater than the available transmission rate, transcode the digital multimedia information to conform the digital multimedia information to the available transmission rate; and

        transmit the transcoded audio stream to the receiver over the receiver-side connection at a transmission rate determined from the estimated available transmission rate.

    38.    (original) The system of claim 37, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to transcode a sequence of frames of the digital multimedia information such that an average transmission rate of the frame sequence approximates the estimated available transmission rate.

    39.    (original) The system of claim 38, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to transcode the sequence of frames such that frames that occur earlier in the frame sequence are transcoded at a higher transmission rate than frames that occur later in the frame sequence.

    40.    (original) The system of claim 38, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to transcode the sequence of frames such that frames having a higher perceptual entropy are transcoded at a higher transmission rate than frames having a lower perceptual entropy.

    41.    (currently amended) ~~The system of claim 37,~~ <u>A system for transcoding multimedia information within a network communication system, the system comprising</u>:

        <u>a processor; and</u>

        <u>a memory unit, operably coupled to the processor, for storing instructions which when executed by the processor cause the processor to operate so as to</u>:


Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

<u>intercept digital multimedia information communicated between a transmitter and a receiver, the digital multimedia information encoded at the transmitter at a first transmission rate;</u>

<u>estimate an available transmission rate of a receiver-side connection;</u>

<u>if the first transmission rate is greater than the available transmission rate, transcode the digital multimedia information to conform the digital multimedia information to the available transmission rate; and</u>

<u>transmit the transcoded audio stream to the receiver over the receiver-side connection at a transmission rate determined from the estimated available transmission rate;</u>

wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to:

request a plurality of versions of the digital multimedia information from the transmitter, each version encoded at a different transmission rate; and

multiplex between the plurality of versions to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

42.    (original)  The system of claim 37, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to:

decode the digital multimedia information; and

re-encode the decoded multimedia information at a lower transmission rate.

43.    (original)  The system of claim 37, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to remove high frequency code words from selected frames of the digital multimedia information to form a sequence of frames that have an average transmission rate that approximates the estimated available transmission rate.

44.    (original)  The system of claim 37, wherein the instructions which cause the processor to operate so as to transcode cause the processor to operate so as to map code words from selected frames of the digital multimedia information to a decimated set of code words having coarser quantization to form a sequence of frames that have an average transmission rate that approximates the available transmission rate.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

45. (original) The system of claim 37, wherein the instructions which cause the processor to operate so as to transmit cause the processor to operate so as to transmit the transcoded multimedia information to the receiver in a manner transparent to the receiver.

46. (original) The system of claim 37, wherein the instructions which cause the processor to operate so as to transmit cause the processor to operate so as to transmit the transcoded multimedia information using a source address and source port associated with the transmitter.

47. (original) The system of claim 37, wherein the instructions which cause the processor to operate so as to transmit cause the processor to operate so as to transmit data packet in response to expiration of a transmission timer, the transmission timer having a period determined from the estimated available transmission rate.

48. (original) The system of claim 37, wherein the memory unit further includes instructions which cause the processor to operate as to embed additional information within the transcoded multimedia stream.

49. (original) The system of claim 48, wherein the instructions which cause the processor to operate so as to embed cause the processor to operate so as to embed the additional information using a watermarking technique.

50. (original) The system of claim 48, wherein the embedded information comprises at least one of a forward error correction code, synchronization information and ancillary information regarding the digital multimedia information.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

## REMARKS/ARGUMENTS

In the office action mailed April 6, 2007, ("Office Action") claims 1-12, 14-26, 28-40 and 42-50 were rejected, and claims 13, 27 and 41 were objected to. Applicants respectfully request reconsideration of the application for the reasons discussed below.

### Rejection of Claims 1-12, 14-26, 28-40 and 42-50 Under 35 U.S.C. §103(a)

In the Office Action mailed April 6, 2007 ("Office Action"), claims 1-12, 14-26, 28-40 and 42-50 were rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Patent No. 6,157,634 ("Mehta") in view of U.S. Patent Pub. No. 2002/0150123 ("Ro"). Applicants respectfully traverse the rejection.

Even in combination, the references fail to render obvious the invention as claimed in claim 1. Note that claim 1 has been amended to clarify the invention claimed in such claim.

The Office Action cites Mehta for various aspects of claim 1. However the Office Action recognizes that Mehta fails to disclose estimating an available transmission rate of the second channel; and if the first transmission rate is greater than the available transmission rate, transcoding the visual audio stream at the service module to conform the digital audio stream to the available transmission rate. The Office Action attempts to use the reference Ro to remedy this deficiency of Mehta.

Ro fails to remedy this deficiency. For example, the approach in claim 1 includes _estimating_ an available transmission rate of the second channel. Further, claim 1, as amended, also includes, estimating comprises measuring trip time of data packets communicated between the service module and receiver via the second channel. Ro fails to teach such an approach. For example, in the portion of Ro cited by the Office Action, Ro only indicates that the method can "determine" whether the receiving network's communication rate is greater than the media transmission rate of incoming packets. Ro has no teaching of claim 1's approach using "estimating" of an available transmission rate of the second channel. Further, Ro fails to teach estimating by measuring trip time of data packets communicated between a service module and receiver via a second channel as claimed in claim 1. Thus, it is believed the rejection does not meet the requirements of MPEP 2143.03, which states:

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

> To establish prima facie obviousness of a claimed invention, all the claim limitations must be taught or suggested by the prior art. ... "All words in a claim must be considered in judging the patentability of that claim against the prior art."

(emphasis added; citations omitted). It is believed that limitations of the claim were not considered in the Office Action and that a prima facie case of obviousness has not been established for claim 1.

In the Office Action's response to Applicants' arguments, the Office Action indicated that references Mehta and Carmel teach the disclosed limitation. Applicants disagree that the reference Carmel remedies the deficiencies of the other references for the reasons stated in Applicants prior response.

For example, the prior office action cited Carmel, column 4, lines 34-67 and argued that Carmel teaches estimating the claimed transmission rate. However, Carmel teaches to "receive an estimate of the transmission rate required for a smooth real-time appearance of a multimedia application...." (Carmel, column 4, lines 35-36) (emphasis added). Carmel's teaching of receiving an estimate a required transmission rate is a completely different teaching than estimating an available transmission rate of a channel. Thus, Carmel is performing a completely different function, that of estimating a rate that would be required, for smooth real-time appearance of a multimedia application, as opposed to estimating the respective available rate of the respective channel. Further, neither Mehta nor Carmel teaches "if the first transmission rate is greater than the available transmission rate, transcoding the digital audio stream at the service module to conform the digital audio stream to the available transmission rate."

Claims 23 and 37 were rejected based on reasoning similar to that of claim 1. Such reasoning has been overcome for the reasons discussed above. Therefore, it is believed that the rejection of such claims has also been overcome and removal of the rejection thereof is respectfully requested. Dependent claims set forth in the application are believed patentable for at least the reasons as to their parent claims and are also believed independently patentable. Therefore removal of the rejection of dependent claims 2-12, 14-22, 24-26, 28-36 and 38-50 is respectfully requested.

Applicants also believe that the dependent claims set forth combinations not rendered obvious by the cited references. For example, claim 7 includes

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

>The method of claim 1, wherein the step of estimating comprises measuring a smoothed round trip time of data packets communicated from the service module to the receiver via the second channel.

The Office Action has failed to show how such an approach is rendered obvious by the references. For claim 7 the Office Action cites Ro, paragraphs 0072-0074, and claims 20 and 21. However, Applicants do not find such teaching in Ro. It is believe the Office Action has failed to make a showing that the references teach or render obvious such an approach as claimed in claim 7. See again MPEP 2143.03 ("To establish prima facie obviousness of a claimed invention, all the claim limitations must be taught or suggested by the prior art. ... 'All words in a claim must be considered in judging the patentability of that claim against the prior art.' ") The Office Action has failed to provide reasoning that the references would teach "estimating comprises measuring a smoothed round trip time of data packets communicated from the service module to the receiver via the second channel." Thus, it is believed that the rejection of claim 7, in addition to that of the other claims should be removed and such action is respectfully requested.

### Allowable Subject Matter

The Office Action indicates that claims 13, 27 and 41 were objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

In accordance with the Office Action's indication that such claims would be allowable if recast in independent form, such claims have been rewritten in independent form including all the limitations of the base claim and any intervening claims. Therefore, such claims are allowable as stated in the Office Action.

For the reasons stated above it is believed that the objection to claims 13, 27 and 41 has been overcome. Review and approval of such claims is respectfully requested.

Application No. 10/143,441
Amendment dated : Sept. 14, 2007
Reply to Office Action of April 6, 2007

## CONCLUSION

In light of the remarks set forth above, Applicants believe that they are entitled to a letters patent. Applicants respectfully solicit the Examiner to expedite the prosecution of this patent application to issuance. Should the Examiner have any question, the Examiner is encouraged to telephone the undersigned.

The Commissioner is authorized to charge any additional fees which may be required, including petition fees and extension of time fees, to Deposit Account No. 23-2415 (Docket No. 25981-710).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Date: September 14, 2007

George A. Willman
Reg. No. 41,378

650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Customer No. 021971