IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIMORPHIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-1249-MN |
| ) | |
| ORACLE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO STAY

The parties hereby stipulate and agree, subject to the approval of the Court, that this action shall be stayed to permit the parties to continue working on a non-judicial disposition of this action. The parties expect to file dismissal papers within thirty (30) days upon the Court's approval of this Stipulation to Stay.

| | |
|---|---|
| */s/ Ronald P. Golden III* | */s/ John W. Shaw* |
| Stephen B. Brauerman (No. 4952) | John W. Shaw (No. 3362) |
| Ronald P. Golden III (No. 6254) | SHAW KELLER LLP |
| BAYARD, P.A. | I.M. Pei Building |
| 600 N. King Street, Suite 400 | 1105 North Market Street, 12th Floor |
| P.O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 298-0700 |
| (302) 655-5000 | *Attorneys for Defendant* |
| sbrauerman@bayardlaw.com | |
| rgolden@bayardlaw.com | |
| *Attorneys for Plaintiff* | |
| Dated: May 1, 2024 | |

SO ORDERED this _____ day of May, 2024,

_____
United State District Judge