IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIMORPHIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1249-MN |
| | ) |
| ORACLE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant Oracle Corporation ("Defendant") have resolved their disputes over Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief, if any, against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: June 20, 2024

| | |
|---|---|
| BAYARD, P.A. | SHAW KELLER LLP |
| */s/ Ronald P. Golden III* | */s/ John W. Shaw* |
| Stephen B. Brauerman (#4952) | John W. Shaw (#3362) |
| Ronald P. Golden III (#6254) | Karen E. Keller (#4489) |
| 600 N. King Street, Suite 400 | Andrew E. Russel (#5382) |
| Wilmington, DE  19801 | Lindsey M. Gellar (#7202) |
| (302) 655-5000 | 1105 North Market Street |
| sbrauerman@bayardlaw.com | 12th Floor |
| rgolden@bayardlaw.com | Wilmington, DE 19801 |
| | (302) 298-0702 |
| | jshaw@shawkeller.com |
| *Attorneys for Plaintiff OptiMorphix, Inc.* | kkeller@shawkeller.com |
| | arussel@shawkeller.com |
| | lgellar@shawkeller.com |
| | *Attorneys for Defendant Oracle Corporation* |

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE